| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Paul P. Young (SBN: 257571)<br>Armen Manasserian (SBN: 288199)<br>Nikko S. Stevens (SBN: 305843)<br>650 Sierra Madre Villa Avenue, Suite 304<br>Pasadena, California 91107<br>Tel: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: armen@cym.law<br>Email: nikko@cym.law<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Gabrielino-Tongva Tribe | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 01 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Spann       DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>JONATHAN ALAN STEIN<br><br>Debtor(s)<br><br>GABRIELINO-TONGVA TRIBE,<br><br>Plaintiff(s)<br>vs.<br><br>JONATHAN ALAN STEIN, ESQ.,<br><br>Defendant(s) | CASE NO.: 9:23-bk-10174-RC<br>CHAPTER: 7<br>ADVERSARY NO: 9:23-ap-01023-RC<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:           August 23, 2023<br>TIME:           10:00 a.m.<br>COURTROOM:   201<br>ADDRESS:   1415 State St., Crtrm 201,<br>                 Santa Barbara, California 93101 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. ☒ Continued to the following date for a further status conference: (*date*) <u>December 13, 2023</u>   (*time*) <u>10:00 a.m.</u>

   b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____

   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____

   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____

   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 1                                    **F 7016-1.2.ORDER.STATUS.CONF**

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: <u>January 31, 2024</u>

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* *(time)*
☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other *(specify)*:

### 

Date: September 1, 2023

Ronald A. Clifford III
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF